UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

v.                                  Civil Action No.: 05-cv-2581 (ARR)(KAM)

JOSEPH BELTRAM,

                Defendant.
------------------------------------------------X

## NOTICE VOLUNTARY DISMISSAL OF ACTION

PLEASE TAKE NOTICE that no answer or other response has been served in the above action and the Plaintiff-United States now wishes to exercise its right, pursuant to Fed.R.Civ.P. 41(a)(1)(i), to have the action dismissed in its entirety.

WHEREFORE, the United States, respectfully requests the Court to dismiss the complaint without prejudice.

                                  Respectfully submitted

                                  ROSLYNN R. MAUSKOPF
                                  United States Attorney

                                  /s/ Bartholomew Cirenza
                                  BARTHOLOMEW CIRENZA (BC6415)
                                  Trial Attorney
                                  U.S. Department of Justice
                                  Tax Division
                                  PO Box 55
                                  Ben Franklin Station
                                  Washington, D.C. 20044
                                  Tel. No.: (202) 307-6503
                                  e-mail: bartholomew.cirenza@usdoj.gov

*[Handwritten notations:] So ordered. USDJ 11/10/05  cc: Judge Matsumoto*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Civil Action No.: 05-cv-2581 (ARR)(KAM)

JOSEPH BELTRAM,

        Defendant.
-------------------------------------------------X

## NOTICE VOLUNTARY DISMISSAL OF ACTION

PLEASE TAKE NOTICE that no answer or other response has been served in the above action and the Plaintiff-United States now wishes to exercise its right, pursuant to Fed.R.Civ.P. 41(a)(1)(i), to have the action dismissed in its entirety.

WHEREFORE, the United States, respectfully requests the Court to dismiss the complaint without prejudice.

                                           Respectfully submitted

                                           ROSLYNN R. MAUSKOPF
                                           United States Attorney

                                           /s/ Bartholomew Cirenza
                                           BARTHOLOMEW CIRENZA (BC6415)
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Tax Division
                                           PO Box 55
                                           Ben Franklin Station
                                           Washington, D.C.  20044
                                           Tel. No.: (202) 307-6503
                                           e-mail: bartholomew.cirenza@usdoj.gov